UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEOPONA, INC. (D.B.A. AUDIOSOCKET), a Delaware corporation; DON'T BE A LOUT MUSIC, LLC, a Washington LLC; LIONHEART MEDIA, LLC, a Washington LLC; BENJAMIN ALLEN, a Washington resident; MICHEL AUBINAIS, a resident of Canada; LAURA AULT, a Florida resident; VICTORIAH BANUELOS, a Wisconsin resident; HANNAH GABRIELA BANUELOS, a Wisconsin resident; PHILLIP BRASENELL, a Texas resident; RANDALL CRISSMAN, a California resident; DAVID V. DEBIAK, a New Jersey resident; BRIAN V. DEKKER, a New York resident; RANDA L. DEKKER, a New York resident; JULIEN GARNIER, a resident of France; JULIEN GAULIER, a resident of France; GRANT GEERTSMA, a Tennessee resident; HYWEL GRIFFITHS, a resident of the United Kingdom; JAMES HENDERSON, a Texas resident; ARI HERSTAND, a California resident; ROBIN JACKSON, an Oregon resident; MARK JORGENSON, a Texas resident; CARY D. JUDD, an Idaho resident; EDWARD KADANE, a Texas resident; MURRAY WILLIAM LEWIS, a resident of the United Kingdom; SHAY MAGRO, a | Case No.: 2:17-cv-01765-RSM<br><br>ORDER GRANTING DEFENDANTS' MOTION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT AND TO CONTINUE THE INITIAL DISCLOSURES AND JOINT STATUS REPORT DEADLINES SET BY THE COURT IN ECF DOCKET NO. 11 |

ORDER GRANTING DEFENDANTS' MOTION TO EXTEND
DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT
AND TO CONTINUE THE INITIAL DISCLOSURES AND JOINT
STATUS REPORT DEADLINES SET BY THE COURT IN ECF
DOCKET NO. 11 - 2:17-cv-01765-RSM

56968-001 \ 2234354 -1-

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

| | |
|---|---|
| 1 | California resident; NATHAN MATHES, a Wisconsin resident; NATHAN MILLER, an Arkansas resident; TOMO NAKAYAMA, a Washington resident; CORY NELSON, an Arkansas resident; MIKE REGAN, an Illinois resident; ROB SCHAEFFER, a Washington resident; KRIS SCHONEWELL, a Tennessee resident; KYLE SCHONEWELL, a Tennessee resident; MARK SON, a Texas resident; ALAN THOMAS, an Arkansas resident; MARK ULLRICH, an Oregon resident; ALESSANDRA ROSE WHITFORD, a Washington resident; ERIK WIDMAN, an Illinois resident; KENT WIDMAN, an Illinois resident; DUSTIN WISE, a Tennessee resident; and GEBHARDT JOHN ZURBURG, a New Jersey resident, |

Plaintiffs,

v.

UK CYCLING EVENTS, LTD., a private limited company registered in the United Kingdom; GARETH ROELOFSE, a resident of the United Kingdom; JON GILBERT, a resident of the United Kingdom,

Defendants.

# ORDER

This matter came before the Court by way of Defendants' Motion To Extend Defendants' Deadline To Respond To The Complaint And To Continue The Initial Disclosures And Joint Status Report Deadlines Set By The Court In ECF Docket No. 11, that was filed on January 11, 2018. Having reviewed the pleadings and files of record, and being fully advised in the law,

ORDER GRANTING DEFENDANTS' MOTION TO EXTEND
DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT
AND TO CONTINUE THE INITIAL DISCLOSURES AND JOINT
STATUS REPORT DEADLINES SET BY THE COURT IN ECF
DOCKET NO. 11 - 2:17-cv-01765-RSM

-2-

56968-001 \ 2234354

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED, that Defendants' Motion to extend their deadline to respond to the Complaint from January 22, 2018 until March 8, 2018 and to continue the deadlines set in the Court's Order Regarding Initial Disclosures and Joint Status Report [Docket No. 11] until such date after March 8, 2018 is granted. Defendants have up to and including March 8, 2018 to file a response to the Complaint. The Court further continues the dates set forth in Docket No. 11 as follows: |

      Joint Status Report due by March 15, 2018;

      FRCP 26f Conference Deadline is March 22, 2018;

      Initial Disclosure Deadline is March 29, 2018.

**IT IS SO ORDERED.**

      DATED this 22 day of January 2018.

 

                                        RICARDO S. MARTINEZ
                                        CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

STOKES LAWRENCE, P.S.

By: */s/Therese H. Wang*
    Theresa H. Wang (WSBA No. 39784)
    1420 Fifth Avenue, Suite 3000
    Seattle, WA 98101-2393
    Telephone: (206) 626-6000
    Email: Theresa.Wang@stokeslaw.com
Attorney for Defendants UK Cycling Events, Ltd., Gareth Roelofse and John Gilbert

ORDER GRANTING DEFENDANTS' MOTION TO EXTEND
DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT
AND TO CONTINUE THE INITIAL DISCLOSURES AND JOINT
STATUS REPORT DEADLINES SET BY THE COURT IN ECF
DOCKET NO. 11 - 2:17-cv-01765-RSM

-3-

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000