HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEOPONA, INC. (D.B.A. AUDIOSOCKET), a Delaware corporation; DON'T BE A LOUT MUSIC, LLC, a Washington LLC; LIONHEART MEDIA, LLC, a Washington LLC; BENJAMIN ALLEN, a Washington resident; MICHEL AUBINAIS, a resident of Canada; LAURA AULT, a Florida resident; VICTORIAH BANUELOS, a Wisconsin resident; HANNAH GABRIELA BANUELOS, a Wisconsin resident; PHILLIP BRASENELL, a Texas resident; RANDALL CRISSMAN, a California resident; DAVID V. DEBIAK, a New Jersey resident; BRIAN V. DEKKER, a New York resident; RANDA L. DEKKER, a New York resident; JULIEN GARNIER, a resident of France; JULIEN GAULIER, a resident of France; GRANT GEERTSMA, a Tennessee resident; HYWEL GRIFFITHS, a resident of the United Kingdom; JAMES HENDERSON, a Texas resident; ARI HERSTAND, a California resident; ROBIN JACKSON, an Oregon resident; MARK JORGENSON, a Texas resident; CARY D. JUDD, an Idaho resident; EDWARD KADANE, a Texas resident; MURRAY WILLIAM LEWIS, a resident of the United Kingdom; SHAY MAGRO, a | Case No.: 2:17-cv-01765-RSM<br><br>ORDER GRANTING STIPULATED MOTION EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT AND CONTINUING THE INITIAL DISCLOSURES AND JOINT STATUS REPORT DEADLINES SET BY THE COURT IN ECF DOCKET NO. 16 |

ORDER GRANTING STIPULATED MOTION EXTENDING
DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT
AND CONTINUING THE INITIAL DISCLOSURES AND JOINT
STATUS REPORT DEADLINES SET BY THE COURT IN ECF
DOCKET NO. 16 - 2:17-cv-01765-RSM

-1-

**REED SMITH LLP**
1901 Avenue of the Stars, Suite 700
Los Angeles, California 90067
(310) 734-5200

**STOKES LAWRENCE, P.S.**
1420 Fifth Avenue, Suite 3000
Seattle, Washington 98101-2393
(206) 626-6000

| | |
|---|---|
| 1 | California resident; NATHAN MATHES, a Wisconsin resident; NATHAN MILLER, an |
| 2 | Arkansas resident; TOMO NAKAYAMA, a Washington resident; CORY NELSON, an |
| 3 | Arkansas resident; MIKE REGAN, an Illinois resident; ROB SCHAEFFER, a Washington |
| 4 | resident; KRIS SCHONEWELL, a Tennessee resident; KYLE SCHONEWELL, a Tennessee |
| 5 | resident; MARK SON, a Texas resident; ALAN THOMAS, an Arkansas resident; |
| 6 | MARK ULLRICH, an Oregon resident; ALESSANDRA ROSE WHITFORD, a |
| 7 | Washington resident; ERIK WIDMAN, an Illinois resident; KENT WIDMAN, an Illinois |
| 8 | resident; DUSTIN WISE, a Tennessee resident; and GEBHARDT JOHN |
| 9 | ZURBURG, a New Jersey resident, |
| 10 | Plaintiffs, |
| 11 | v. |
| 12 | UK CYCLING EVENTS, LTD., a private limited company registered in the United |
| 13 | Kingdom; GARETH ROELOFSE, a resident of the United Kingdom; JON GILBERT, a |
| 14 | resident of the United Kingdom, |
| 15 | Defendants. |

# ORDER

This matter came before the Court by way of the parties' Stipulated Motion to Extend Defendants' Deadline to Respond to the Complaint and to Continue the Initial Disclosures and Joint Status Report Deadline Set by the Court in ECF Docket No. 16, that was filed on February 16, 2018. Having reviewed the pleadings and files of record, and being fully advised in the law,

ORDER GRANTING STIPULATED MOTION EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT AND CONTINUING THE INITIAL DISCLOSURES AND JOINT STATUS REPORT DEADLINES SET BY THE COURT IN ECF DOCKET NO. 16 - 2:17-cv-01765-RSM

**REED SMITH LLP**
1901 AVENUE OF THE STARS, SUITE 700
LOS ANGELES, CALIFORNIA 90067
(310) 734-5200

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

IT IS HEREBY ORDERED, the attached Stipulation Motion to extend Defendants' deadline to respond to the Complaint from March 8, 2018 to April 9, 2018 and to continue the deadlines set in the Court's Order Regarding Initial Disclosures and Joint Status Report [Docket No. 16] until such date after April 9, 2018 is granted. Defendants have up to and including April 9, 2018 to file a response to the complaint. The Court further continues the dates set forth in Docket No. 16 as follows:

 Joint Status Report due by April 30, 2018;

 FRCP 26f Conference Deadline is April 16;

 Initial Disclosure Deadline is April 23, 2018.

**IT IS SO ORDERED.**

 DATED this 21 day of February 2018.

        RICARDO S. MARTINEZ
        CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

STOKES LAWRENCE, P.S.
By: */s/ Theresa H. Wang*
 Theresa H. Wang (WSBA No. 39784)
 1420 Fifth Avenue, Suite 3000
 Seattle, WA 98101-2393
 Telephone: (206) 626-6000
 Email: Theresa.Wang@stokeslaw.com
Attorney for Defendants UK Cycling Events, Ltd., Gareth Roelofse and John Gilbert

ORDER GRANTING STIPULATED MOTION EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT AND CONTINUING THE INITIAL DISCLOSURES AND JOINT STATUS REPORT DEADLINES SET BY THE COURT IN ECF DOCKET NO. 16 - 2:17-cv-01765-RSM

-3-

**REED SMITH LLP**
1901 AVENUE OF THE STARS, SUITE 700
LOS ANGELES, CALIFORNIA 90067
(310) 734-5200

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000