UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEOPONA, INC. (D.B.A. AUDIOSOCKET), A Delaware corporation, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UK CYCLING EVENTS, LTD., a private limited company registered in the United Kingdom, et al., <br><br> Defendants. | CASE NO. C17-1765RSM <br><br> ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE |

This matter comes before the Court on the Stipulation and Proposed Order of Dismissal with Prejudice filed by the parties. Dkt. #39. Based on that stipulation, the Court finds and ORDERS as follows:

1. The parties' stipulated Motion, Dkt. #39, is granted.
2. This case is dismissed in its entirety with prejudice, and without an award of attorney's fees or costs to any party.
3. This case may be reopened for the purpose of enforcing the Parties' Settlement Agreement, should enforcement be necessary.

DATED this 27th day of December, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE - 1